COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:          Jeremy Martin Potier v. The State of Texas

Appellate case number:        01-11-00861-CR

Trial court case number:      1263341

Trial Court:                  232nd District Court of Harris County

The Court directs the Harris County District Clerk, or the court reporter if the exhibits are still in his or her possession, to send to the Clerk of this Court the original of State's Exhibit 40, identified in the record as a "CD – Potier Stmt." *See* TEX. R. APP. P. 34.6(g)(2). The Clerk of this Court is directed to cooperate with the Harris County District Clerk or the court reporter to provide for the safekeeping, transportation, and return of such exhibits. *See id.*

The original exhibit is due in this Court within **10 days** of the date of this order.

It is so ORDERED.

Judge's signature: **/s/ Justice Harvey G. Brown**
⊠ Acting individually    Acting for the Court

Date:          September 4, 2012